JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW S. JORDAN, | ) | Case No. CV 11-1914-VAP (DTB) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| ELVIN VALENZUELA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 31, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1